[Civ. No. 3378. Second Appellate District, Division Two.—July 10, 1920.]

WESTERN INDEMNITY COMPANY (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents.

[1] WORKMEN'S COMPENSATION ACT—FINDING OF COMMISSION—SUFFICIENCY OF EVIDENCE—CERTIORARI.—Where it appears from the answer of the Industrial Accident Commission to a petition for a writ of *certiorari* that the findings of which petitioner complains are sufficiently supported by the evidence, and the petitioner neglects to file a reply to the answer, though that privilege is accorded him by Rule XXVI, subdivision 4, of the supreme court, the petition will be denied.

APPLICATION for a Writ of Certiorari to review an order of the Industrial Accident Commission. Writ denied.

The facts are stated in the opinion of the court.

Duke Stone for Petitioner.

A. E. Graupner for Respondents.

THE COURT.—[1] The Industrial Accident Commission has served and filed an answer from which it appears that the findings of which petitioner complains are sufficiently supported by the evidence. Petitioner has neglected to file a reply to the answer, though the privilege of such a reply is accorded him by the rules promulgated by the supreme court (subd. 4, Rule XXVI, 183 Pac. viii).

Petition denied.